1   DANA McRAE, State Bar No. 142231
    County Counsel, County of Santa Cruz
2   JULIA HILL, State Bar No. 178672
    Assistant County Counsel
3   701 Ocean Street, Room 505
    Santa Cruz, California 95060
4   Telephone: (831) 454-2040
    Fax: (831) 454-2115
5

6   Attorneys for Defendants
    COUNTY OF SANTA CRUZ,
7   SANTA CRUZ COUNTY JAIL

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10
                                              *E-FILED - 8/9/05*
11

| DAVID TURNER, and all others interested, | Case No. C-05-02714 RMW |
|---|---|
|       Plaintiff, | **ORDER TO CONTINUE** |
| v. | **HEARING ON MOTION TO DISMISS** |
| | Current Hearing Date:  August 12, 2005 |
| STATE OF CALIFORNIA, SANTA CRUZ STATE PARK DISTRICT, RANGER JOHN BUCHANAN, DOES 1-10 EMPLOYEES, COUNTY OF SANTA CRUZ, SANTA CRUZ COUNTY JAIL, | Requested Hearing Date:<br>      September 9, 2005 |
|       Defendants. | |

TO THE HONORABLE RONALD M. WHYTE AND TO PLAINTIFF DAVID TURNER AND HIS ATTORNEY OF RECORD:

      On July 1, 2005, Defendants COUNTY OF SANTA CRUZ and SANTA CRUZ COUNTY JAIL ("Defendants") removed this action to this Court and filed a Motion to Dismiss under FRCP 12(b)(6) ("Motion").  On July 13, 2005, this Court set Defendants' Motion for hearing on August 12, 2005, at 9:00 am in Courtroom 6 of the United States District Court in San Jose.

      Counsel for Defendants respectfully applies herein to continue this hearing date to **September 9, 2005, at 9:00 am in Courtroom 6** if possible.  Counsel for Defendants is on vacation on August 12 and no one else from her office is available to appear on this motion.  Co-defendants State of California et al. have set their motion to dismiss on September 9, 2005.  Further, Pro Se Plaintiff DAVID TURNER has agreed to this new date and has yet to file any opposition to the

1    Motion.  Continuing this Motion would permit Plaintiff time to file his opposition and would permit

2    appearance by Trial Counsel Julia Hill.

3                                                    Respectfully submitted,

4    Dated: August 2, 2005                           DANA McRAE, COUNTY COUNSEL

5

6                                                    By:    s/ Julia Hill

7                                                           JULIA HILL
                                                            Assistant County Counsel
8                                                           Attorneys for Defendants COUNTY OF
                                                            SANTA CRUZ and SANTA CRUZ COUNTY
9                                                           JAIL

10

11       IT IS SO ORDERED.

12

13       Date: 8/9/05                       /s/ Ronald M. Whyte
                                            U.S. DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Turner v. State of California, et al.*

## PROOF OF SERVICE

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California.  I am over the age of 18 years and not a party to the within action. My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060.  On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**APPLICATION TO CONTINUE HEARING ON MOTION TO DISMISS**

___X___ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

_____ by **express or overnight mail** by depositing a copy in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of express mail or a mailbox, mail chute, or other like facility regularly maintained by an overnight mail company, in a sealed envelope, with express mail postage paid addressed to the below listed person(s).

_____ by **facsimile service** at the number listed below and have confirmation that it was received by:

**David Turner (*Plaintiff in Pro Se*)**
**P.O. Box 8130**
**Santa Cruz, CA 95061**

**Bill Lockyer (*Counsel for Defendants, State of California, et al.*)**
**Paul T. Hammerness**
**Troy Overton**
**Attorney General's Office**
**455 Golden Gate Ave., Ste. 11000**
**San Francisco, CA 94102-7004**

I declare under penalty of perjury that the foregoing is true and correct.  Executed August 2, 2005, at Santa Cruz, California.

_____s/ Douglas D. Collins_____
DOUGLAS D. COLLINS

**DANA McRAE, COUNTY COUNSEL**
**COUNTY OF SANTA CRUZ**
**701 Ocean Street, Room 505**
**Santa Cruz, California  95060-4068**
**Telephone:  (831) 454-2040**
**Facsimile:  (831) 454-2115**

*Turner v. State of California, et al.*